TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00286-CR

NO. 03-98-00287-CR

Gerald Lee Bethea, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT

NO. 44,996, & 48,159, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

PER CURIAM 

 Gerald Lee Bethea has filed a motion to dismiss his appeals. We grant the motion and
dismiss these appeals.

Before Justices Powers, Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: July 21, 1998

Do Not Publish